# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY WELLS fka SHERRY SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; HSBC BANK USA, N.A.; THE MORTGAGE LAW FIRM, PLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01379-MCE-EFB<br><br>Hon. Judge Morrison C. England, Jr.<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Hearing: [No Hearing Required]**<br><br>Action Filed: May 11, 2016<br>Trial Date: N/A |

The Court having considered the *Stipulation to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* Sherry Wells fka Sherry Sanchez and *defendants* Ocwen Loan Servicing, LLC and HSBC Bank USA, National Association, as trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2006-OP1 (erroneously sued as HSBC Bank USA, N.A.), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

1 | **IT IS FURTHER ORDERED** that all future hearing dates in this action are hereby vacated.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated:  November 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE